1  PHILLIP A. TALBERT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900



FILED
MAR 27 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR SEARCH WARRANTS CONCERNING: THE RESIDENCE LOCATED AT 900 MODOC STREET, VALLEJO, CALIFORNIA; THE RESIDENCE LOCATED AT 31 PINE STREET, VALLEJO, CALIFORNIA; THE PERSON OF TIQUON RAMON HICKS; THE PERSON OF ERIC EDWARD FOBBS; AND CELLULAR TELEPHONE (213) 377-8788 UTILIZED BY TIQUON RAMON HICKS, AND ANY CELLULAR TELEPHONE LOCATED ON HIS PERSON OR UNDER HIS CONTROL AT THE TIME OF THE SEARCH. | 2:17-SW-0070 KJN<br><br>[PROPOSED] ORDER TO UNSEAL SEARCH WARRANTS AND SEARCH WARRANT AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the files in the above-captioned matters be, and are, hereby ordered unsealed.

Dated: March 27, 2017

_____
The Honorable KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE